IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-625-F

| | |
|---|---|
| JACKIE BLUE, individually, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| UNITED WAY OF CUMBERLAND | ) |
| COUNTY, a Domestic corporation, | ) |
| | ) |
| Defendant. | ) |

The parties have informed the court they have reached a settlement in this matter [DE-35].

Accordingly, this action is DISMISSED without prejudice to either party to reopen should settlement

not be consummated on or before March 6, 2015. Unless the case is reopened, counsel are

DIRECTED to file their Joint Stipulation of Dismissal on or before that date. The Clerk of Court

is DIRECTED to remove this matter from the court's trial and pretrial calendars.

SO ORDERED. This the _9_ day of February, 2015.

James C. Fox
Senior United States District Judge